IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00287-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE OCTAVIO CARRANZA-VILLALOBOS,

    Defendant.

_____

**ORDER**
_____

    This matter comes before the Court upon review of the plea agreement. The form plea agreement of the Court contemplates that the parties will provide an estimate of the defendant's criminal history category in order to properly advise the defendant of his or her advisory guideline sentencing range. The plea agreement in this case provides no such estimate. Instead, the plea agreement states that the defendant's criminal history category is "undetermined," despite the fact that the pretrial services report lists a number of cases in which the defendant was convicted of criminal offenses and the charge in this case is predicated upon a prior conviction. This information would presumably provide information by which the parties could estimate the defendant's criminal history category. In fact, the parties indicate that the career offender adjustments do not apply based on "criminal history fact known to the parties." In any event, the parties provide no explanation for why the defendant's criminal history category is "undetermined." Wherefore, it is

Case 1:14-cr-00287-PAB   Document 17   Filed 09/29/14   USDC Colorado   Page 2 of 2

ORDERED that change of plea hearing set for September 30, 2014 at 10:00 a.m. is vacated. It is further

ORDERED that the parties shall submit a plea agreement that includes the parties' estimate of the defendant's criminal history category, at which time the Court will issue an order re-setting this matter for a change of plea.

DATED September 29, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge