# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock  
Probation Officer: Gary Burney  

Date: February 27, 2015  
Time: 27 minutes  
Interpreter: Susana Cahill  

**CASE NO. 14-CR-00287-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Beth Gibson |
| Plaintiff, | |
| vs. | |
| **JOSE OCTAVIO CARRANZA-VILLALOBOS,** | Matthew Golla |
| Defendant. | |

## SENTENCING

**11:03 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter is sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report and its Addendum are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
14-CR-0287-PAB
February 27, 2015

Court addresses defendant's objections to the presentence investigation report.

Argument by Mr. Golla in support of the defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553 and comments addressing sentencing.

Argument by Ms Gibson and comments addressing sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553 [Docket No. 29]. Is **GRANTED.**

Defendant entered his plea on **October 15, 2014** to count **One of the Indictment.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **10** months.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecutions.

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Three
14-CR-0287-PAB
February 27, 2015

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**11:30 a.m.    COURT IN RECESS**

**Total in court time:   27 minutes**

**Hearing concluded**